**In the Matter of M. SNOW, Jr., In the Matter of Vicki Fletcher, In the Matter of Dwayne D. Goodson, Aaron W. Edlin, Appellants,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**Nos. WD 51751—WD 51753.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Thomas Fritzlen, Kansas City, for appellants.

Sharon Ann Willis, Division of Employment Security, Kansas City, Sandy Bowers, Government Counsel, Jefferson City, John B. Keller, Labor and Industrial Relations Commission, Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM.

Aaron W. Edlin appeals from separate orders of the Labor and Industrial Relations Commission finding that he occupied an employer-employee relationship with all of the cable installers he used in his business, and that Vicki Fletcher and Dwayne Goodson were entitled to wage credits based upon remuneration paid to them by Edlin for their cable installation services.

Affirmed, Rule 84.16(b).